**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN D. SMITH, | CV 22-9471 PA (SKx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to this Court's April 11, 2023 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: April 11, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE